[No. 18097-9-II.   Division Two.   May 31, 1996.]

ELDON BELL, ET AL., *Appellants*, v. ROBINSON A.
WILLIAMS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 93-2-01351-2, Christine A. Pomeroy, J., entered March 14, 1994. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Seinfeld, C.J., and Houghton, J.

[No. 18305-6-II.   Division Two.   May 31, 1996.]

HERBERT D. HADLEY, ET AL., *Plaintiffs*, v. WARD
SMITH, ET AL., *Appellants*, and FRANK KING, ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 93-2-00986-1, Milton R. Cox, J., entered April 29, 1994. *Reversed* by unpublished opinion per Turner, J., concurred in by Seinfeld, C.J., and Houghton, J.

[No. 18436-2-II.   Division Two.   May 31, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. DERREK
WAYNE AMBURGEY, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 94-1-00102-7, Roger A. Bennett, J., entered July 6, 1994. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Seinfeld, C.J., and Morgan, J.

[No. 18800-7-II.   Division Two.   May 31, 1996.]

*In the Matter of the Marriage of* NANCY L. PARKER,
*Respondent, and* TIMOTHY J. PARKER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 92-3-02692-8, Grant L. Anderson, J., entered October 7, 1994. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Morgan and Armstrong, JJ.